# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

2010 MAY 12  PM 12: 03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JUAN F. RODRIGUEZ-ORTIZ,<br><br>                    Defendant. | CASE NO. 10CR989-IEG<br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: 8:1326(a) and (b)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/12/10

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____